THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE S. VAN DER WERKEN, Appellant.

*Crimes — officers — making or giving false certificate — judgment of conviction affirmed.*

*People* v. *Van Der Werken*, 215 App. Div. 721, affirmed.

(Argued March 3, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1925, which affirmed a judgment of the Supreme Court rendered at a Trial Term for the county of Nassau, upon a verdict convicting the defendant of a violation of section 1861 of the Penal Law in that he, as a public officer, being authorized by law to make or give a certificate or other writing, knowingly made and delivered as true such a certificate containing a statement which he knew to be false.

*Henry A. Uterhart, Alfred M. Schaffer* and *Peter P. Smith* for appellant.

*Albert Ottinger, Attorney-General* (*Kenneth M. Spence* and *Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.